

NEW YORK

99 Madison Avenue, 8th Floor
New York, New York 10016

Tel    (212) 271-0664
Fax   (212) 271-0665

michaelyi@lacwkrr.com
www.lacwkrr.com

November 18, 2021

**VIA CM/ECF**

Hon. Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101
*Telephone:  (973) 645-5903*

      Re:   *Zeikos Inc. v. Walgreen Co.*
            *2:21-cv-19993-SDW-MAH*

Dear Judge Wigenton:

    Our firm is counsel to Walgreen Co. ("Walgreens"), defendant in the referenced action.

    We are submitting herewith a proposed Stipulation and Order (the "Stipulation"), executed by the parties' counsel, pursuant to which our firm will accept service of the Summons and Complaint on behalf of Walgreens and Walgreens' time to respond to the Complaint will be extended to December 17, 2021.  There has been no previous request for such an extension.

    We respectfully request that the Stipulation be so-ordered at the Court's earliest convenience.

                                            Respectfully,

                                            Michael M. Yi

cc (via CM/ECF):  Laura Scileppi, Esq.

Michael M. Yi
LEE ANAV CHUNG WHITE
KIM RUGER & RICHTER LLP
99 Madison Avenue, 8th Floor
New York, New York 10016
*Telephone: (212) 271-0664*

*Attorneys for Defendant
Walgreen Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| ZEIKOS INC., | 2:21-cv-19993-SDW-MAH |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| WALGREEN CO., | |
| Defendant. | |

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Zeikos Inc. and defendant Walgreen Co. ("Walgreens"), by their respective undersigned counsel, as follows:

1. Walgreens' attorneys, Lee Anav Chung White Kim Ruger & Richter LLP, pursuant to authorization from Walgreens, shall receive service of plaintiff's Summons, dated November 16, 2021, and Complaint, dated November 15, 2021 (the "Summons and Complaint"), on behalf of Walgreens.

2. Receipt of such service of the Summons and Complaint by Walgreens' attorneys shall not be deemed a waiver of any of Walgreens' rights, claims, or defenses in this action (other than the defense of insufficiency of service of process with respect to the Summons and Complaint).

3. The time for Walgreens to answer, move, or otherwise respond to the Complaint shall be extended to and including December 17, 2021.

4. Facsimile signatures of the parties' respective undersigned counsel shall be deemed to be original.

Dated: November 17, 2021

DUNNEGAN & SCILEPPI LLC

By: _____
  Laura Scileppi

437 Madison Avenue, 24th Floor
New York, New York  10022
(212) 332-8304

*Attorneys for Plaintiff
Zeikos Inc.*


LEE ANAV CHUNG WHITE
KIM RUGER & RICHTER LLP

By: _____
  Michael M. Yi

99 Madison Avenue, 8th Floor
New York, New York  10016
(212) 271-0664

*Attorneys for Defendant
Walgreen Co.*


SO ORDERED:

_____
   Hon. Susan D. Wigenton, U.S.D.J.