DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
437 MADISON AVENUE
NEW YORK, NEW YORK 10022

212-332-8300
212-332-8301 TELECOPIER

March 10, 2022

<u>Via ECF</u>

Hon. Jose R. Almonte
United States Magistrate Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

        Re: <u>Zeikos v. Walgreen Co.</u>
           21-cv-19993-SDW-JRA

Dear Magistrate Judge Almonte:

  We represent plaintiff Zeikos Inc. in the above action.

  On March 9, 2022, the Clerk reassigned this action to Your Honor from Magistrate Judge Hammer. By a docket entry on February 1, 2022, Judge Hammer had scheduled a telephone conference for March 25, 2022, at 2 p.m. The purpose of this conference was to establish a discovery schedule. The defendant filed an answer to the complaint on January 21, 2022, and there is no dispositive motion pending.

  We are therefore writing—with the consent of defendant Walgreen Co.—to request that Your Honor either confirm the telephone conference for 2:00 p.m. on March 25, 2022, or reschedule it to Your Honor's earliest convenience.

Respectfully yours,

Laura Scileppi

Cc: Michael M. Yi, Esq. (By Email)