DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
437 MADISON AVENUE
NEW YORK, NEW YORK 10022

212-332-8300
212-332-8301 TELECOPIER

March 22, 2022

<u>Via ECF</u>

Hon. Jose R. Almonte
United States Magistrate Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re: <u>Zeikos v. Walgreen Co.</u>
21-cv-19993-SDW-JRA

Dear Magistrate Judge Almonte:

We represent plaintiff Zeikos Inc. in the above action.

Please accept the attached proposed Confidentiality Order (the "Confidentiality Order"), following the form of Appendix S of the Local Rules, for your consideration and signature in the above matter. The parties jointly consent to the terms of the Confidentiality Order.

Respectfully yours,

Laura Scileppi

Cc: Michael M. Yi, Esq. (By Email)