Laura Scileppi
Richard Weiss
DUNNEGAN & SCILEPPI LLC
437 Madison Avenue, 24th Floor
New York, New York 10022
(212) 332-8300

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZEIKOS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> WALGREEN CO., <br><br> *Defendant*. | 21-cv-19993-SDW-JRA <br><br> **STIPULATION AND** <br><br> **PROPOSED ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Zeikos Inc. and defendant Walgreen Co., through their undersigned counsel, subject to the approval of the Court, as follows:

1. Plaintiff may file the Amended Complaint annexed hereto as Exhibit A (the "Amended Complaint").

2. Defendant shall respond to the Amended Complaint within 30 days from the date of the filing of the Amended Complaint.

3.	The Parties shall cooperate to adjust the Pretrial Scheduling Order entered March 29, 2022, in an appropriate manner, and shall apply to the Court in the event that an agreement cannot be reached.

4.	Facsimile signatures of the parties' respective undersigned counsel shall be deemed to be original.

Dated:  May 16, 2022

| DUNNEGAN & SCILEPPI LLC | LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP |
|---|---|
| _____ | _____ |
| Laura Scileppi | Michael M. Yi |
| ls@dunnegan.com | michaelyi@lacwkrr.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 437 Madison Avenue, 24th Floor | 99 Madison Avenue, 8th Floor |
| New York, New York 10022 | New York, New York |
| (212) 332-8300 | (212) 271-0664 |

Dated:  May \_\_, 2022
       Issued at _____ \_\_\_.m.

SO ORDERED:

_____
HONORABLE JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

2