# **Exhibit C**

**From:** Jack Saideh
**Sent:** Wednesday, January 20, 2021 5:13 PM
**To:** Gehrke, Albert <albert.gehrke@walgreens.com>
**Cc:** James Trappani <Jtrappani@zeikos.com>; Laxamana, Loren <loren.laxamana@walgreens.com>
**Subject:** Re: Deal Negotiation Approval Request: 027 GEHRKE ZEIKOS (099158) 001 Defective Merch Provision 2% defective merch allowance

Hi albert
See the attached

Thanks & Regards
Jack Saideh
President/CEO
Zeikos/ihip
19 Progress St,Edison,NJ,08820
www.zeikos.com

CONFIDENTIALITY NOTICE:
The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

On Jan 20, 2021, at 4:56 PM, Gehrke, Albert <albert.gehrke@walgreens.com> wrote:

**Please review the following deal negotiation. Approve by replying to this email and typing your name and the approval date.**

| 1 | Category Manager | 027 GEHRKE |
|---|---|---|
| 2 | Vendor Name and Number | ZEIKOS (099158) |
| 3 | Deal Type, Sub-Type, or Business Purpose | 001 Defective Merch Provision |
| 4 | Performance Period | 1/21/21 to 12/31/21 |
| 5 | Total Estimated Earnings | $5,000.00 |
| 6 | Terms of Deal | 2% defective merch allowance |
| 7 | Means of Collection | Deduction |
| 8 | Billing Calculation Type | Vendor Wide - All items mapped to the CM & vendor will be included in calculation |

1

| 9  | Billing Frequency | Monthly |
|----|-------------------|---------|
| 10 | Invoice Remarks   | 2% defective merch allowance |

| Walgreens Notes |
|---|
| 2% defective merch allowance in lieu of any merchandise returns |
| For Deal Team: System to Calculate = System, CM to Approve = No, Renewable Reminder = No, Select PO by Buy Date, Calculate Earnings by PO Receipt Amounts, Subtract PO Returns from Earnings = Yes |

| Jack saideh | I agree to this deal | 1/20/2021 |
|---|---|---|
| Type Name | | Date |

| ZEIKOS (099158) Notes |
|---|
|  |

**From:** Jack Saideh
**Sent:** Wednesday, January 20, 2021 5:12 PM
**To:** Gehrke, Albert <albert.gehrke@walgreens.com>
**Cc:** James Trappani <Jtrappani@zeikos.com>; Laxamana, Loren <loren.laxamana@walgreens.com>
**Subject:** Re: Deal Negotiation Approval Request: 027 GEHRKE ZEIKOS (099158) 055 Base Allowance 20% off Invoice deduction


Thanks & Regards
Jack Saideh
President/CEO
Zeikos/ihip
19 Progress St,Edison,NJ,08820
www.zeikos.com

CONFIDENTIALITY NOTICE:
The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.

On Jan 20, 2021, at 4:56 PM, Gehrke, Albert <albert.gehrke@walgreens.com> wrote:


**Please review the following deal negotiation. Approve by replying to this email and typing your name and the approval date.**

| 1 | Category Manager | 027 GEHRKE |
|---|---|---|
| 2 | Vendor Name and Number | ZEIKOS (099158) |
| 3 | Deal Type, Sub-Type, or Business Purpose | 055 Base Allowance |
| 4 | Performance Period | 1/21/21 to 12/31/2021 |
| 5 | Total Estimated Earnings | $2,000,000.00 |
| 6 | Terms of Deal | 20% off Invoice deduction |
| 7 | Means of Collection | Deduction |
| 8 | Billing Calculation Type | Vendor Wide - All items mapped to the CM & vendor will be included in calculation |

| 9 | Billing Frequency | Monthly |
|---|---|---|
| 10 | Invoice Remarks | 20% deduction for 010/saddle program |

| Walgreens Notes |
|---|
| 20% off invoice deduction for 010/saddle placement |
| For Deal Team: System to Calculate = System, CM to Approve = No, Renewable Reminder = No, Select PO by Buy Date, Calculate Earnings by PO Receipt Amounts, Subtract PO Returns from Earnings = Yes |

| Jack saideh | I agree to this deal | 1/20/2021 |
|---|---|---|
| Type Name | | Date |

| ZEIKOS (099158) Notes |
|---|
| |

2